UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UITED STATES OF AMERICA,

    Appellee,

v.                                CASE NO. 16-16565 d

ROBERT BEAM,

    Appellant.

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND MOTION FOR C.O.A. AND LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW, the Appellant Robert Beam and request the court to grant a 30 day extension until December 17. 2016 to file Brief and Motion in support of the issuance of a C.O.A. and Leave to proceed in Forma Pauperis.

The Appellant received the court's notice dated October 19, 2016 on November 15, 2016. Due to the limited access to the tools necessary to prepare the motion the Appellant requests the extension in the interest of justice. The Appellant acted quickly upon receipts telephoning the assigned Clerk Scott O'Neal on November 16, 2016 who advised the Appellant to file this motion. He did state the court usually granted the motion. The Appellant will file the requested motions as quickly as allowed.

Respectfully submitted this 16th. day of November 2016. Deposited in the prison mail box the same date.

_____
Robert Beam